UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 11  PM 4:36

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOHN W. STONE OIL DISTRIBUTORS, L. L. C. | * * * | CASE NO. 06-5636 |
| VERSUS | * * | SECTION: K |
| HIGHWAY SOLUTIONS, L.L.C. | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing, Exparte Motion to Withdraw Motion for Summary Judgment filed herein by plaintiff, John W. Stone Oil Distributor, L.L.C., said Motion for Summary Judgment shall be and is hereby considered withdrawn by plaintiff.

New Orleans, Louisiana this 11th day of December, 2006.

_____
JUDGE